LAW OFFICES
# ISAAC KLEIN
ATTORNEY AT LAW
THE BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
SUITE 350
BALTIMORE, MARYLAND 21201

PHONE (410) 727-4880
FACSIMILE (410) 727-6302

July 15, 2014

The Honorable Ellen Lipton Hollander
In the United States District Court of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

                Re: Status Report: Burton v. Johnson

                Civil Action No. ELH-13-2371

Dear Judge Hollander:

    This Status Report is being submitted to provide to the court with efforts made on Counsel to locate the Defendant, Emmanuel Dubari.

    I have located an address for the Defendant at 14904 Downey Court, Bowie, Maryland 20721.

    I have ran a MVA check on the Defendant and the MVA also lists the address for the Defendant as 14904 Downey Court Bowie, Maryland 20721

    Thank you.

                                            Very truly yours,

                                               /s/

                                            Isaac Klein

IK/jh